1058

[No. 34786-1-I.    Division One.    June 3, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DIEN
NGOC NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05352-1, Michael C. Hayden, J., entered
June 24, 1994. *Affirmed* by unpublished per curiam
opinion.


[No. 34945-7-I.    Division One.    July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
MERCEDES MOTA ORNELAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-03705-4, Patricia H. Aitken, J., entered
June 28, 1994. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Webster and Cox, JJ.


[No. 34906-6-I.    Division One.    July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON P.
ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-1-01460-5, Thomas J. Wynne, J.,
entered June 28, 1994. *Affirmed* by unpublished opinion
per Cox, J., concurred in by Grosse and Webster, JJ.


[No. 36251-8-I.    Division One.    July 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LEO J.
DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02145-0, Robert H. Alsdorf, J., entered
August 20, 1993. *Dismissed* by unpublished per curiam
opinion.